IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, 1750 New York Avenue, N.W. Washington, D.C. 20006-5387<br><br>Plaintiff,<br><br>v.<br><br>ALLIED PAINTING, INC., 321 Leonard Cake Road Franklinville, New Jersey 08322<br><br>Defendant. | CASE NUMBER:  1:06CV02112<br><br>JUDGE:  Royce C. Lamberth |

**NOTIFICATION OF ATTORNEY CHANGE OF ADDRESS**

Please be advised that the undersigned counsel for Defendant, Allied Painting, Inc., has a new address as follows:

>Alexander Nemiroff, Esquire
>Archer & Greiner, P.C.
>One Centennial Square
>Haddonfield, NJ  08033
>Phone: (856) 795-2121
>Facsimile: (856) 795-0574
>E-Mail: anemiroff@archerlaw.com

2

    Please direct all future correspondence to Alexander Nemiroff, Esquire at the above address, effective immediately.

                                            Respectfully submitted,

                                            ARCHER & GREINER, P.C.

                              BY:   /s/ Alexander Nemiroff
                                    ALEXANDER NEMIROFF
                                    Bar No. 454408
                                    DAVID A. RAPUANO*
                                    One Centennial Square
                                    Haddonfield, New Jersey 08033
                                    (856) 795-2121
                                    Attorneys for Defendant,
                                    Allied Painting, Inc.

Dated: January 17, 2007

*Application for Pro Hac Admission of David A. Rapuano shall be made at the appropriate time.

## CERTIFICATE OF SERVICE

    I hereby certify that on January 17, 2007, I caused the foregoing Notification of Attorney Change of Address to be electronically filed with the Court and, therefore, the aforementioned document is available for viewing and downloading from the Electronic Case Filing System.

                                         /s/ Alexander Nemiroff
                                         ALEXANDER NEMIROFF

2479835v1