UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS<br>AND ALLIED TRADES INDUSTRY<br>PENSION FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIED PAINTING, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-2112 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendant, Allied Painting, Inc., has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 18, 2007.