AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

ALLIED PAINTING, INC.

CASE NUMBER  1:06CV02112

JUDGE:  Royce C. Lamberth

DECK TYPE:  Labor/ERISA (non-employme

DATE STAMP:  12/11/2006

TO: (Name and address of Defendant)

Allied Painting, Inc.
321 Leonard Cake Road
Franklinville, NJ  08322

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     DEC 11 2006
_____              _____
CLERK                                          DATE

(By) DEPUTY CLERK

# Return of Service

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. 1:06CV02112 (RCL)

INTERNATIONAL PAINTERS AND
ALLIED TRADES INDUSTRY PENSION FUND

V.

ALLIED PAINTING, INC.

**SERVICE OF PROCESS ON:** ALLIED PAINTING, INC.

I, Shawn F. Schaffer, undersigned, being duly sworn, deposes and says that he/she was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:     **12/28/2006 @ 10;55 AM**
Place of Service:    **321 Leonard Cake Road, Franklinville, NJ 08322**

Documents Served:    **Summons and complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

　_By personally delivering them into the hands of the person being served
　_ _By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:
　_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
　　　**Jim Cannon - President**
　__Other_____

Description of Person Receiving Documents: Male/Female   Skin Color_____
　　　　　　　　　　　　　　　　　　　　　Hair Color_____Age___Hgt____Wgt____

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____    12/28/2006
Signature of Server              Date

Kent Cprek, Esquire
510 Walnut Street
Philadelphia, PA 19106-6983       215-922-6700