IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>　　　　　Plaintiff<br>　v.<br>ALLIED PAINTING, INC.<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 06-02112(RCL)<br>) |

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Kent G. Cprek, Esquire as counsel for Plaintiff in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JENNINGS SIGMOND, P.C.

　　　　　　　　　　　　　　　　　BY:　s/Kent G. Cprek
　　　　　　　　　　　　　　　　　　　KENT G. CPREK
　　　　　　　　　　　　　　　　　　　Bar No. 478231
　　　　　　　　　　　　　　　　　　　The Penn Mutual Towers, 16th Floor
　　　　　　　　　　　　　　　　　　　510 Walnut Street
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-3683
　　　　　　　　　　　　　　　　　　　(215) 351-0615

Date: February 2, 2007

179439-1



## CERTIFICATE OF SERVICE

I, Kent G. Cprek, Esquire state under penalty of perjury that I caused a copy of the foregoing Withdrawal of Appearance of Kent G. Cprek, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

> Alexander Nemiroff, Esquire
> Archer & Greiner
> One Centennial Square
> Haddonfield, NJ  08033

> s/ Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date:  February 2, 2007

179439-1