IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br>                             Plaintiff    ) <br>    v.                                        ) <br>                                        ) <br> ALLIED PAINTING, INC.               ) <br>                         Defendant  ) | CIVIL ACTION NO. 06-02112(RCL) |

**ENTRY OF APPEARANCE**

      Kindly enter the appearance of Sanford G. Rosenthal, Esquire, as counsel for the Plaintiff in the above-captioned matter.

                                              Respectfully submitted,

                                              JENNINGS SIGMOND, P.C.

                                BY:   s/Sanford G. Rosenthal
                                              SANFORD G. ROSENTHAL
                                              Bar No. 478737
                                              The Penn Mutual Towers, 16th Floor
                                              510 Walnut Street
                                              Philadelphia, PA  19106-3683
                                              (215) 351-0611

Date:  February 2, 2007

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance of Sanford G. Rosenthal, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

Alexander Nemiroff, Esquire<br>
Archer & Greiner<br>
One Centennial Square<br>
Haddonfield, NJ  08033

        s/ Sanford G. Rosenthal
        SANFORD G. ROSENTHAL, ESQUIRE

Date:  February 2, 2007

179439-1