IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED  )  <br> TRADES INDUSTRY PENSION FUND  )  <br> ) <br> Plaintiff  ) <br> v.  ) <br> ) <br> ALLIED PAINTING, INC.  ) <br> ) <br> Defendant  ) | | CIVIL ACTION NO. <br> 06-2112 (RCL) |

### SCHEDULING ORDER

Upon consideration of the Joint Status Report submitted by the parties in this action, the Court enters the following Scheduling Order:

1. All parties shall be joined and all pleadings must be amended by no later than April 1, 2007.

2. By agreement of the parties, the initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure are not required except that each party shall be required to identify individuals who may have discoverable information that that party may use to support its claims or defenses, identifying the subject of information. Said disclosures shall be made within fifteen (15) days of the entry of the scheduling order..

3. All discovery shall be completed by July 31, 2007. The parties are limited to 25 Interrogatories and 10 depositions per side. Pursuant to Federal Rules of Civil Procedure 30(a)(2) and 33(a), a party must obtain leave of Court before exceeding these limitation.

4. Any motion or cross motion for summary judgment must be filed by September

15, 2007. Opposing memorandum must be filed by October 15, 2007. Any subsequent reply brief must be filed in accordance with Local Rule 7(d).

     5.     A status conference will be scheduled for a date approximately 30 days after the decision on any summary judgement motions. The parties are responsible for adhering to the requirements of Local Rule 16.5 and Federal Rule of Civil Procedure 16 with regard to this pre-trial conference.

6. The Court will set pretrial and trial dates at the status conference, held after disposition of any dispositive motion(s).

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, February 6, 2007.