UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ALLIED PAINTING, INC. | : | |
| Defendant | : | NO. 06-2112 (RCL) |

## JOINT STIPULATION OF DISMISSAL

It is stipulated and agreed by undersigned counsel on behalf of the parties that, pursuant to the terms of the July 3, 2007 Settlement Agreement between the parties, all terms of which are incorporated herein by reference, the above-entitled and numbered matter is dismissed with prejudice, each party to bear its own costs.

By: /s/ Sanford G. Rosenthal
    Sanford G. Rosenthal (D.C. Bar No. 47873)
    JENNINGS SIGMOND, P.C.
    510 Walnut Street, Suite 1600
    Philadelphia, PA 19106
    Telephone: (215) 351-0611

By: /s/ Alexander Nemiroff
    Alexander Nemiroff (D.C. Bar No. 454408)
    ARCHER & GREINER
    One Centennial Square
    Haddonfield, NJ 08033
    Telephone: (856) 795-2121

For Plaintiff

For Defendant

**The foregoing Stipulation has been filed with the Court electronically and is available for viewing and downloading from the ECF system.**

187632-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ALLIED PAINTING, INC. | : | |
| Defendant | : | NO. 06-2112 (RCL) |

### ORDER

Upon consideration of the Joint Stipulation of Dismissal, it is ORDERED that this matter is Dismissed With Prejudice.

BY THE COURT

Date:_____

_____
ROYCE C. LAMBERTH          J.

187632-1