**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | | |
| TRADES INDUSTRY PENSION FUND ) | | |
| ) | | |
| Plaintiff ) | CIVIL ACTION NO. | |
| v. ) | 06-2112 (RCL) | |
| ) | | |
| ALLIED PAINTING, INC. ) | | |
| ) | | |
| Defendant ) | | |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal, it is

ORDERED that this matter is dismissed with prejudice.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, September 28, 2007.